IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **EDWARD E. BRYANT, et al.,** § | | |
| **Plaintiffs,** § | | |
| § | | |
| **V.** § | C.A. NO. C-07-268 | |
| § | | |
| **NATHANIEL QUARTERMAN, ET AL.,** § | | |
| **Defendants,** § | | |

### ORDER VACATING INITIAL PARTIAL FILING FEE AND COLLECTION ORDER
(Plaintiff Larry Don Sylvester, TDCJ-CID #398776)

On June 4, 2007, plaintiffs, proceeding *pro se*, filed this lawsuit pursuant to 42 U.S.C. § 1983 against Nathaniel Quarterman, Director of TDCJ-CID, and others alleging that the Garza West Unit law library is inadequate and unavailable such that they are effectively denied their constitutional right of access to the courts. On August 14, 2007, a collection order was entered as to plaintiff Larry Don Sylvester (D.E. 59). On August 22, 2007, plaintiff Sylvester moved to voluntarily dismiss his claims because he did not want to pay the filing fee (D.E. 68). On August 31, 2007, the District Court granted plaintiff Sylvester's motion (D.E. 73).

Accordingly, the Clerk shall VACATE the initial partial filing fee and collection entered August 14, 2007 (D.E. 59), as to plaintiff Larry Don Sylvester, TDCJ-CID #398776. If any funds have been received from plaintiff Sylvester, all such funds shall be returned. TDCJ-CID officials shall release any further holds on plaintiff Sylvester's inmate trust account associated with this collection order.

The Clerk of the Court will send a copy of this order to TDCJ–Office of the General Counsel, P.O.Box 13084, Austin, Texas 78711.

ORDERED this 19th day of October, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE