UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARD E. BRYANT, *et al*, <br>    TDCJ# 1316290, <br>      Plaintiffs, <br> VS. <br> <br> NATHANIEL QUARTERMAN, *et al*, <br> <br>      Defendants. | § § § § § § § § § | CIVIL ACTION NO. C-07-268 |

### ORDER VACATING COLLECTION ORDER

The order granting plaintiff Mark Dalton Simpson's motion to proceed in forma pauperis and collection order (**D.E. 44**) is **VACATED**. Because plaintiff Nash did not file his motion to dismiss with 30 days, no funds collected to date will be returned.

The Clerk will mail a copy of this Order to the inmate accounting office or other person(s) or entity with responsibility for assessing, collecting and remitting to the court interim filing fee payments on behalf of inmates, as designated by the facility in which plaintiff is confined, and to TDCJ - Office of General Counsel, TDCJ Litigation Support, P.O. Box 13084, Austin, Texas 78711.

ORDERED this 3rd day of December, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE