UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWARD E. BRYANT, ET AL.,<br>　　　Plaintiffs | § § § | |
| v. | § | Civil No. CC-07-268 |
| NATHANIEL QUARTERMAN,<br>ET AL.,<br>　　　Defendants | § § § § | |

### ORDER GRANTING HORALDO CABRERA'S MOTION
### FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

On January 11, 2008, the Court entered final judgment dismissing Plaintiffs' claims (D.E. 110). On March 3, 2008, the United States Magistrate Judge issued a memorandum recommending the Court grant Plaintiff Horaldo Cabrera's motion for extension of time to file his notice of appeal (D.E. 133). Respondent did not file objections. The Court regards such omission as Respondent's agreement with and acceptance of the Magistrate Judge's findings.

The Court finds no clear error in the Magistrate Judge's memorandum. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1420 (5th Cir. 1996)). The Court adopts the findings and conclusions of the Magistrate Judge.

Plaintiff's motion for extension of time to file his notice of appeal is GRANTED (D.E. 129).

ORDERED this _____20_____ day of ___March_____, 2008.

*(signature)*
_____
HAYDEN HEAD
CHIEF JUDGE

*C.A.CC-07-268*
*Granty Time Extension*